# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEATHER M. HEAVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 22-cv-00038 |
| vs. | ) |
| | ) Judge John F. Kness |
| UNITED AIRLINES, INC., | ) Magistrate Judge Heather K. McShain |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to voluntary dismissal of the instant action in its entirety, without prejudice. All parties to bear their own costs and attorneys' fees.

Dated: March 7, 2022                                Respectfully submitted,

HEATHER M. HEAVENS                                  UNITED AIRLINES, INC.

 /s/Michael T. Smith                                 /s/ *Jill S. Vorobiev*
One of the Attorneys for Plaintiff                  One of the Attorneys for Defendant

Michael T. Smith (ARDC No. 6180407)                 Jill S. Vorobiev (ARDC No. 6237734)
LAW OFFICES OF MICHAEL T. SMITH &                   Mallory C. McCarthy (ARDC No. 6339361)
ASSOCIATES, PC                                      REED SMITH LLP
10 N. Martingale Road, Suite 400                    10 South Wacker Dr., Suite 4000
Schaumburg, Illinois 60173                          Chicago, IL 60606
Telephone: (847) 466-1099                           Tel: (312) 207-1000
msmith39950@aol.com                                 Fax: (312) 207-6400
                                                    *jvorobiev@reedsmith.com*

# **CERTIFICATE OF SERVICE**

      I, Michael T. Smith, the undersigned attorney, certify that on March __, 2022, the foregoing **Stipulation of Dismissal without Prejudice** was presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of the filing to all parties of record.

      /s/Michael T. Smith
Michael T. Smith (ARDC No. 6180407)
**LAW OFFICES OF MICHAEL T. SMITH & ASSOCIATES, PC**
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
Telephone: 847.466.1099
*msmith39950@aol.com*